# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| USA | : |
| | : Case No: 1:09-cr-685 (RBK) |
| Plaintiff | : |
| | : |
| Christopher Davis | : |
| | : |
| Defendant | : |

This matter having come before the Court upon the payment of $15.00 (Receipt No. CAM004424) by Christopher Davis., and it appearing that the remittance represented the fee for a transcript request, and it further appearing that this document should be requested through the Court Reporter who recorded the transcript.

Therefore, for the reasons stated,

IT IS on this _19_ day of November, 2014,

ORDERED THAT a check in the amount of Fifteen Dollars (15.00) be issued to Christopher Davis, #30240-050, United States Penitentiary POB 500, Waymark PA 18472..

THERESA L. BURNETT
CHIEF DEPUTY